AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE     District of     **ALABAMA**

WALTINA HALL

**SUMMONS IN A CIVIL ACTION**

V.

R. JAMES NICHOLSON, SECRETARY OF
VETERANS AFFAIRS, DEPARTMENT OF
VETERANS AFFAIRS

CASE NUMBER: 2:07-cv-611-WKW

TO: (Name and address of Defendant)

Leura Canary, US Atty
PO Box 197
Montg, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER, TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within _____20 (60)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

July 3, 2007

CLERK                           DATE

(Bv) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　Signature of Server

_____
Address of Server

7005 2570 0002 3062 1466

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2:07cv61Hwkw |
| Certified Fee | | 7-3-07 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | Doc 1 |

Sent To  Levra Canary US Atty
Street, Apt. No.; or PO Box No.  PO Box 197
City, State, ZIP+4  Mont, AL 36101

PS Form 3800, June 2002　　　　　　See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE     District of     **ALABAMA**

WALTINA HALL

**SUMMONS IN A CIVIL ACTION**

V.

R. JAMES NICHOLSON,SECRETARY OF
VETERANS AFFAIRS, DEPARTMENT OF
VETERANS AFFAIRS

CASE NUMBER: 2:07-CV-611-WKW

TO: (Name and address of Defendant)

Alberto Gonzalez. US Atty General
111 Main Justice Bldg
10th & Constitution Ave NW
Washington DC. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER,TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within _____ 20 (60) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_           _July 3, 2007_

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                        Signature of Server

                                     _____
                                     Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

2:07cv611 WKW
7-3-07 Postmark Here

DOC #1

Sent To Alberto Gonzalez US Atty Gen
Street, Apt. No.; or PO Box No. 111 Main Justice Bldg 10th & Const Ave NW
City, State, ZIP+4 Washington DC 20530

7005 2570 0002 3062 1473

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE _____    District of _____    ALABAMA

WALTINA HALL

**SUMMONS IN A CIVIL ACTION**

V.

R. JAMES NICHOLSON,SECRETARY OF
VETERANS AFFAIRS, DEPARTMENT OF
VETERANS AFFAIRS

CASE NUMBER: 2:07-CV-611-WKW

TO: (Name and address of Defendant)

R. JAMES NICHOLSON, SECRETAR OF VETERANS AFFAIRS
DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF GENERAL COUNSEL (024)
810 Vermont, Ave., N.W., WAHSINGTON, D.C.  20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER,TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within _____ 20 (60) _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    July 3, 2007
_____          _____
CLERK                                        DATE

Donna M. Morfleet
_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date             Signature of Server

                          Address of Server

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

2:07cv611WKW
7-3-07

Postmark
Here

DOC #1

Sent To: R. James Nicholson Sec. of Vet. Affairs
Street, Apt. No.; or PO Box No. Department of Veterans Affairs
City, State, ZIP+4 Washington, D.C.

PS Form 3800, June 2002    See Reverse for Instructions

2442 3062 0000 2570 5005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.