| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 0 9 2007 |
| 1. Article Addressed to:<br><br>Alberto Gonzalez<br>US Atty Gen<br>111 Main Justice Bld,<br>10th & Const. Ave NW<br>Washington DC 20530<br><br>2:07cv611-wkw (cmplsm 60 dys) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0002 3062 1473 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540