| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *James Wilson*  ☐ Agent  ☐ Addressee<br>X RECEIVED<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 10 257<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>DEPT OF VETERANS AFFAIRS<br>OFFICE OF THE SECRETARY |
| 1. Article Addressed to:<br>R. James Nicholson<br>Secretary of Veterans Affairs<br>Department of Veterans Affairs<br>Washington, DC<br>2:07cv611-WKW (Complsm 60 Days) | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0002 3062 1442 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540