IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTINA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-611-WKW |
| | ) | |
| R. JAMES NICHOLSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the defendant's Motion for Extension of Time (Doc. # 6), it is ORDERED that the motion is GRANTED. The defendant shall file a responsive pleading on or about **October 3, 2007**.

DONE this 29th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE