## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WALTINA HALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 2:07-CV-611-WKW** |
| | ) |
| **R. JAMES NICHOLSON,** | ) |
| **Secretary of Veterans Affairs,** | ) |
| **Department of Veterans Affairs,** | ) |
| | ) |
| **Defendant.** | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, and in accordance with the order of this Court,

making the following disclosure concerning parent companies, subsidiaries, partners,

limited liability entity members and managers, trustees (but not trust beneficiaries),

affiliates, or similar entities reportable under the provisions of the Middle District of

Alabama's General Order No. 3047:

□  This party is an individual, or

&#8864;  This party is a governmental entity, or

□  There are no entities to be reported, or

□  The following entities and their relationship to the party are hereby
reported: None.

Dated this the 29$^{th}$day of August, 2007.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to plaintiff's Attorney, Michael Guy Holton, Esquire.

/s/R. Randolph Neeley
Assistant United States Attorney