IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-CV-611-WKW |
| | ) |
| R. JAMES NICHOLSON, | ) |
| Secretary of Veterans Affairs, | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, R. Randolph Neeley, and enters his appearance as an attorney of record for Defendants, R. James Nicholson and Department of Veterans Affairs, in the above-styled case.

Respectfully submitted this 29th day of August, 2007.

                                        LEURA G. CANARY
                                      United States Attorney

                              By: s/R. Randolph Neeley
                                R. RANDOLPH NEELEY
                                Assistant United States Attorney
                                Bar Number: 9083-E56R
                                Post Office Box 197
                                Montgomery, AL  36101-0197
                                Telephone No.: (334) 223-7280
                                Facsimile No.: (334) 223-7418
                                **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Michael Guy Holton, Esquire.

                                               /s/R. Randolph Neeley
                                               Assistant United States Attorney