IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL,                       )<br>                                                      )<br>    Plaintiff,                             )<br>                                                      )<br>    v.                                          )<br>                                                      )<br>GORDON H. MANSFIELD, in his   )<br>official capacity as Acting Secretary )<br>of Veterans Affairs,                      )<br>                                                      )<br>    Defendant.                           )<br>_____)<br>                                                      )<br>CORA UPSHAW                        )<br>                                                      )<br>    Plaintiff,                             )<br>                                                      )<br>    v.                                          )<br>                                                      )<br>GORDON H. MANSFIELD, in his   )<br>official capacity as Acting Secretary )<br>of Veterans Affairs,                      )<br>                                                      )<br>    Defendant.                           )  | Case No. 2:07-cv-611-WKW<br><br><br><br><br><br>Case No. 2:07-cv-612-WHA |

## **ORDER**

The defendant filed an unopposed Motion to Consolidate in both of the cases. The cases share common questions of law and fact, identical defendants, and much of the same evidence. Accordingly, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is ORDERED that the motion for consolidation is GRANTED. The above-referenced cases are consolidated for all purposes until further order of the court. The lead case shall be *Hall v. Mansfield*, Case No. 2:07-cv-611. The Clerk of the Court is DIRECTED to docket this Order in the above-referenced cases.

DONE this 5th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE