IN THE UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Case No.:2:07-cv-00611 |
| ) | |
| R. JAMES NICHOLSON, SECRETARY ) | |
| OF VETERANS AFFAIRS. ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF E-MAIL ADDRESS**

    **COMES NOW**, Michael Guy Holton, co-counsel for Plaintiffs, and makes this his

Notice of Change of E-Mail address in the above styled cause of action and states as follows;

1.    The new email address for the undersigned counsel of record is gholtonattorney@bellsouth.net .

    **RESPECTFULLY SUBMITTED** this the 27th day of October, 2007.

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have served a copy of the foregoing on the below listed counsel of record whom are all listed as served via CM/ECF by filing same on the CM/ECF E-file system on this the 27th day of October, 2007.

R. Randolph Neeley, Esq.
James Joseph DuBois

Annie Williams

Dee Dee Calhoon
Antrena.Gardner

 Deloris Aldridge

Marsha Tunnell

                                                    /s Michael Guy Holton
`                                                     Counsel for Plaintiff