IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTINA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-611-WKW |
| | ) | |
| DR. JAMES B. PEAKE in his official capacity as Secretary of Veterans Affairs, | ) ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |
| CORA UPSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-612-WKW |
| | ) | |
| DR. JAMES B. PEAKE in his official capacity as Secretary of Veterans Affairs, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on the Defendant's Motion to Stay (Doc. # 20). For good cause shown, the motion is GRANTED. This action and all pending deadlines are STAYED pending the Plaintiffs receiving a final agency decision on their claims of employment discrimination currently pending before the Veterans Administration. The parties are ORDERED to file a jointly prepared status report with the court **on or before June 1, 2008**, and **on the first of each month thereafter**, detailing the status of the Plaintiffs' claims

pending before the Veterans Administration.

DONE this 5th day of May, 2008.

                                                /s/  W. Keith Watkins  
                                      UNITED STATES DISTRICT JUDGE