# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, and ) | |
| CORA UPSHAW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-611-WKW |
| ) | |
| DR. JAMES B. PEAKE, in his official ) | |
| capacity as Secretary of Veterans Affairs ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Comes now the Defendant, Dr. James B. Peake, Secretary of Veterans Affairs, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Plaintiffs, by and through their attorney of record, Michael Guy Holton, Esq., and present this Court with a status report regarding Plaintiff Cora Upshaw's claims presented to the Department of Veterans Affairs , Office of Employment Discrimination Complaint Adjudication (hereinafter, "the VA"), since the filing of this lawsuit.

The VA has issued a final agency decision in this matter denying the plaintiff's claims. The plaintiff is presently reviewing the law, facts and opinion of the VA and will most probably seek leave to amend the complaint filed in this Court within the next 10 days. The parties also anticipate requesting leave to file an agreed upon revised proposed scheduling order and asking that same be implemented.

Respectfully submitted this 30th day of May, 2008.

          LEURA G. CANARY
          United States Attorney

        By: s/R. Randolph Neeley
         R. RANDOLPH NEELEY
         Assistant United States Attorney
         Bar Number: 9083-E56R
         Post Office Box 197
         Montgomery, AL  36101-0197
         Telephone No.: (334) 223-7280
         Facsimile No.: (334) 223-7418
         E-mail: rand.neeley@usdoj.gov


         s/Michael Guy Holton
         MICHAEL GUY HOLTON (HOL106)
         Attorney for Plaintiffs
         Fuller, Taylor & Holton, P.C.
         5748 Carmichael Parkway, Suite D
         Montgomery, AL  36117
         Telephone No.: (334) 244-0447
         Direct No.:      (334) 514-6003
         E-mail: gholtonattorney@bellsouth.net