IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-611-WKW |
| | ) |
| DR. JAMES B. PEAKE in his | ) |
| official capacity as Secretary | ) |
| of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| CORA UPSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-612-WKW |
| | ) |
| DR. JAMES B. PEAKE in his | ) |
| official capacity as Secretary | ) |
| of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On May 5, 2008, the court stayed this case pending a final agency decision on Plaintiff Cora Upshaw's claims of employment discrimination pending before the Department of Veterans Affairs. (Doc. # 21.) On June 1, 2008, the parties informed the court that the Department of Veterans Affairs issued a final agency decision denying Upshaw's claims. Upshaw informed the court that she would probably seek leave to amend her complaint within the next two weeks. More than two weeks have elapsed, and Upshaw has not sought

leave to amend her complaint.  It is ORDERED that the parties show cause in writing **on or before June 27, 2008** why the stay should not be lifted and why the case should not proceed as scheduled with the dates set forth in the Uniform Scheduling Order (Doc. # 16).

DONE this 18th day of June, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE