IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   CASE NO.:2:07-CV-611-WKW |
| | ) |
| DR. JAMES PEAKE in his official | ) |
| capacity as Secretary of the Department | ) |
| of Veterans Affairs. | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, counsel for Plaintiff, Michael Guy Holton, and make this his Response to Your Honor's Order to Show Cause with regard to stay of proceedings in the above styled matter and respectfully states as follows;

1. The undesigned counsel has not yet prepared the Amended Complaint which is based in its entirety on the recent FAD (Final Agency Decision) of Plaintiff's most recent EEO filing.

2. The undersigned has no plausible excuse to proffer excepting only that it is not completed. Further, the undersigned counsel will have same filed within the next 48 hours.

3. Counsel for the parties have spoken this date and discussed the issue that both parties desire more time to complete discovery of the new issues forthcoming as well we discontinued deposition of Plaintiff once we realized there was an additional claim. However, paper discovery is not likely to be an overly burdensome task in this matter and it is believed that paper discovery could be completed in a reasonably short time period.

4.  There exist one witness, Mr. Michael Fairchild, who the undersigned has been informed now resides in Kentucky, otherwise there are not likely any other depositions which would cause any undue delay in scheduling same.

5.  Lifting the stay would prejudice Defendant with regard to dispositive motion practice in this case as the deadlines are passed and discovery is still needed.

6.  Respectfully, the undersigned would likewise desire the opportunity to complete additional discovery.

**WHEREFORE**, the undersigned counsel respectfully prays Your Honor would allow the stay to remain in effect and to afford the parties additional time to complete discovery and likewise extend the dispositive motion deadline.

**RESPECTFULLY SUBMITTED** this the 27th day of June, 2008.

/s/ Michael Guy Holton
Michael Guy Holton(HOL106)
Counsel for Plaintiff
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117
(334)514-6003 (direct)

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing by filing a copy of the same via CM/ECF system this the 27th day of June, 2008.

/s/ Michael Guy Holton
OF COUNSEL