IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-611-WKW |
| ) | |
| DR. JAMES B. PEAKE in his ) | |
| official capacity as Secretary ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| _____ | |
| ) | |
| CORA UPSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-612-WKW |
| ) | |
| DR. JAMES B. PEAKE in his ) | |
| official capacity as Secretary ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that a phone status conference is SET for **July 9, 2008, at 10:00 a.m.**

The plaintiffs are responsible for arranging the phone conference.

DONE this 1st day of July, 2008.

                                            /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE