IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTINA HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-611-WKW |
| ) | |
| DR. JAMES B. PEAKE in his ) | |
| official capacity as Secretary ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| _____ | |
| ) | |
| CORA UPSHAW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-612-WKW |
| ) | |
| DR. JAMES B. PEAKE in his ) | |
| official capacity as Secretary ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 9, 2008, the court held a status conference with the parties. It is ORDERED that:

1. The stay (Doc. # 21) is LIFTED.

2. The Plaintiff's Motion for Leave to File an Amended Complaint (Doc. # 25) is GRANTED. Plaintiff Cora Upshaw shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in

accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before July 16, 2008**.

3. The parties shall file an amended 26(f) report with the court **on or before July 23, 2008.**

Done this 9th day of July, 2008.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE