IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTINA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-611-WKW |
| | ) | |
| DR. JAMES B. PEAKE in his official capacity as Secretary of Veterans Affairs, | ) ) ) ) | |
| Defendant. | ) | |
| CORA UPSHAW | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-612-WKW |
| | ) | |
| DR. JAMES B. PEAKE in his official capacity as Secretary of Veterans Affairs, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This case is before the court on Plaintiff Cora Upshaw's Motion for Leave to File an Amended Complaint (Doc. # 28). It is ORDERED that the motion is GRANTED. Plaintiff Cora Upshaw shall file electronically an exact duplicate of the Second Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before July 21, 2008**.

DONE this 15th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE